**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| TOSUN MAHMUD FITIL, | ) | **Case No. 8:22-cv-0364** |
| | ) | |
| Plaintiff, | ) | **MOTION FOR** |
| | ) | **SUMMARY JUDGEMENT** |
| v. | ) | |
| | ) | |
| CITY OF OMAHA, et al., | ) | |
| | ) | |
| Defendants, | ) | |

PURSUANT TO Federal Rule of Civil Procedure 56, the Defendants move the Court to dismiss Plaintiff's First Amended Complaint and find in favor of Defendants and against the Plaintiff. In support of this Motion, the Defendants show the Court that there are no material issues of fact in dispute and Defendants are entitled to judgment as a matter of law. Defendants have submitted a brief, a statement of material facts, and an index of exhibits in support of this Motion.

WHEREFORE, Defendants pray that the Plaintiff's First Amended Complaint be dismissed and that Defendants have and recover their costs expended herein.

Dated this 31st day of October, 2024.

CITY OF OMAHA, et al, Defendants,

By s/Michelle Peters

MICHELLE PETERS, No. 20021
Deputy City Attorney
1819 Farnam Street, Suite 804
Omaha, NE 68183
Telephone: 402/444-5115
Attorney for Defendants
michelle.peters@cityofomaha.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2024, I electronically filed the foregoing **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system which sent a copy of the foregoing to all of the attorneys of record in this case.

_/s/Michelle Peters_________________