# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TOSUN MAHMUD FITIL,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF OMAHA, TODD SCHMADERER, Omaha Police Chief; and JUSTYN RYLEY, Omaha Police Officer;<br><br>　　　　　　Defendants. | 8:22CV364<br><br>ORDER |

**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 57) is granted and Michelle Peters is deemed withdrawn as counsel of record for defendants in this case.

The Clerk of Court shall terminate electronic notice to Michelle Peters in this case.

Dated this 15th day of January, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge