**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No. 25-1952

---

Tosun Mahmud Fitil

Plaintiff - Appellee

v.

City of Omaha; Todd Schmaderer, Omaha Police Chief; Officers Jane or John Doe, 1-21, in their individual capacities as employees of the City of Omaha

Defendants

Justyn Riley, Omaha Police Officer

Defendant - Appellant

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:22-cv-00364-JFB)

---

**JUDGMENT**

Before LOKEN, L.R. SMITH, and STRAS, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the denial of qualified immunity on Fitil's Fourth Amendment claim is reversed, the appeal is otherwise dismissed, and the case is remanded to the district court for further proceedings in accordance with the opinion of this Court.

August 31, 2026

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler