**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **TOSUN MAHMUD FITIL,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**JUSTYN RYLEY, Omaha Police Officer,**<br><br>**Defendant.** | **8:22CV364**<br><br>**ORDER** |

The parties have settled the claims in this matter following a settlement conference held with the undersigned magistrate judge on November 2, 2026. Accordingly,

**IT IS ORDERED:**

1. On or before **January 4, 2027**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 2nd day of November, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge